UNITED REALTY & MORTGAGE CO. v. CARPENTER.

(Supreme Court, Appellate Division, Second Department. June 4, 1909.)

Appeal from Municipal Court, Borough of Brooklyn, Sixth District.
Action by the United Realty & Mortgage Company against Frederick E. Carpenter. Judgment for defendant, and plaintiff appeals. Affirmed.
Argued before WOODWARD, JENKS, GAYNOR, BURR, and MILLER, JJ.

Foley & Martin, for appellant.
H. B. Davis, for respondent.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs, on the authority of United Realty & Mortgage Co. v. Stoothoff (decided herewith) 117 N. Y. Supp. 483. All concur.